AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

SHARRON MARIE GLOVER, )
)
      Plaintiff, )
)
v. )
) **JUDGMENT**
STATE OF NC DURHAM PD/SHERIFF DEPT ) **CASE NO. 5:12-CV-363-D**
via Clerk, Duke ER via Transport JUH, )
)
      Defendant. )

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Court ADOPTS the Memorandum and Recommendations [D.E. 6], and Plaintiff's Complaint is DISMISSED as frivolous. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **APRIL 18, 2013** WITH A COPY TO:

Sharron Marie Glover, Pro se (via USPS to 107 West Cornwallis Road, P.O. Box 51661, Durham, NC 27717)

April 18, 2013                                          JULIE A. RICHARDS, Clerk
Date                                                  Eastern District of North Carolina

                                                                  /s/ Debby Sawyer
                                                                   (By) Deputy Clerk

Raleigh, North Carolina